# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.

1.  **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 68th District Court – Dallas County | DC-14-07387 |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

    | Party and Party Type | Attorney(s) |
    |---|---|

    **Brenda Kroll, et al**

    For a complete listing of Plaintiff's and counsel, see attach.

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?      9 **Yes**

    If "*Yes*," by which party and on what date?

    | __Plaintiff__ | __7/11/14__ |
    |---|---|
    | Party | Date |

Supplemental Civil Cover Sheet
Page 2

4. **Answer:**

   Was an Answer made in State Court?  9 <u>Yes</u>

   If "*Yes*," by which party and on what date?

   | <u>Johnson & Johnson & Ethicon, Inc</u>. | <u>10/31/2014</u> |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiffs | Negligence; Strict Liability, Design Defect; Strict Liability, manufacturing defect; strict liability, failure to warn; breach of implied warranty; and breach of express warranty. |

ATTACHMENT TO SUPPLEMENTAL CIVIL FILING SHEET

**PLAINTIFFS**:

    BRENDA KROLL,
    MARY KATHLEEN KATCHUR,
    KATHY DONALD,
    DEBORAH DUNBAR,
    DARLENE DUZAN,
    SHARON EATON,
    MARY EBERT,
    DEBBIE EDWARDS,
    JOANN EISENHART,
    LORETTA ELLERY,
    VELMA ELLIOTT,
    JUDITH ERBAN,
    SUSAN ESSER,
    TINA EVANS,
    CLARA MAE FAW,
    PAULA FEDOCK,
    GLADYS FERNANDEZ,
    MARYANN FERREIRA,
    SHERRY FIETZER,
    KAREN FIGARINO,
    PATRICIA FLEMING,
    PAMELA FLIGHT,
    JANICE FOLLIN,
    KATHY FONTE,
    MISTI FRENCH,
    CYNTHIA FRIAS,
    PATRICIA FULLER,
    BYRON FULLER,
    CAROL FULLER,
    GARY FULLER,
    MARTHA FUTCH,
    LYSETTE GALINDO,
    LAURA GARCIA,
    DEANA GISCHEL,
    TINA GLEGHORN,
    ALLISON GODIN,
    HELEN GONZALEZ,
    RENEE GONZALEZ,
    DEBRA GOODRICH,
    JILL GOSSETT,
    LOIS GRADY,
    VICKEY GRAY,
    PATSY GRAY,
    TINA GREEN,
    EDWARD M. GREEN,
    JOANN GREENGRASS,
    VICKIE GREENLEAF,
    BRENDA GAIL GRIFFIN,

TAMMIE GRIFFITH,
ELEANOR GRISNOLD-HARRIS,
ROBIN GROTH,
ROSALIE GRUND,
DARCEY GUNDERSON,
MARGARITA GUTIERREZ,
DOROTHEA HAAS,
RITA HALLE,
RAYMOND HALLE,
ANGELIQUE HAMILTON,
JUJUAN HAMMOND,
DEBRA HANFLER,
MARTHA HARP,
JANICE HARTNESS THOMAS,
RONDA HAWK,
DAVID L. HAWK,
VIRGINIA DIANE HEFNER,
PHYLLIS HEIL,
JULIETTE HEIM,
CHERYL HEINISCH,
ALICE HENDRICKSON,
ARETHA HENDRIX,
LISA HERILA,
GLENDA HIGGASON,
DEBRA HINCKLE,
ROSE HINSON,
JANETTE HOGE,
TINA HOLBERT,
SUSAN HUDSON,
MARNITA HUFF,
KATHY HUGHES,
ROBIN HUNT,
ARIANNA ILER,
JANET JACKSON,
SANDRA JENKINS,
VICKI JENNINGS,
LISA JERNIGAN,
CHERYL JOHNSON,
BETHANY JOHNSON,
THOMAS BRADLEY JOHNSON,
PATSY JOHNSON,
MIRANDA JONES,
LINDA JONES,
VIVIAN JONES,
DELPHINE JONES, and
DONNA KALLUM,

PLAINTIFF'S COUNSEL:

    Tim K. Goss
    Tamara Banno
    Freese & Goss, PLLC

2

3031 Allen St., Suite 200
Dallas, TX 75204
(214) 761-6610

Richard A. Capshaw
Capshaw & Associates
3031 Allen St., Suite 201
Dallas, TX 75204
(214) 761-6610

David P. Matthews
Julie L. Rhoades
Matthews and Associates
2509 Sackett St.
Houston, TX 77098
(713) 522-520

Peter de la Cerda
Kevin L. Edwards
Edwards & de la Cerda, PLLC
3031 Allen St. Suite 100
Dallas, TX 75204
(214) 550-5239

**DEFENDANTS**:

Johnson & Johnson, and
Ethicon, Inc.

**DEFENDANTS' COUNSEL**:

Carol J. Traylor
J. Frank Kinsel
Cantey Hanter, LLP
600 W. 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2895

3